UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROBERT D. YOUNG | No. C-14-04084 MEJ |
| Plaintiff(s), | **NOTICE OF REASSIGNMENT** |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant(s). | |

    This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. The parties shall comply with the Court's Procedural Order for Social Security Cases which was previously issued on September 9, 2014 (Docket No. 3).

Dated: September 29, 2014

                                                                                        _Rose Maher_
                                                                                    Rose Maher, Courtroom Deputy
                                                                                     to Magistrate Judge
                                                                                     MARIA-ELENA JAMES