UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. YOUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>        Defendant. | Case No. 14-cv-04084-MEJ<br><br>**ORDER RE: FAILURE TO FILE STATEMENTS OF FACTS** |

On September 30, 2014, the Court ordered the parties to meet and confer within 21 days of service of Defendant's answer for the purpose of determining whether they are able to file a joint statement of facts in the record, or whether it is necessary for the parties to file separate statements of facts. Dkt. No. 12. On January 12, 2015, Plaintiff filed a Motion for Summary Judgment, but did not file a joint or separate statement of facts. Accordingly, the Court ORDERS the parties to file a joint statement by January 15, 2015, stating whether they met and conferred in compliance with the Court's September 30 Order. The Court further ORDERS the parties to file a joint statement of facts in the record by January 20, 2015, or, in the alternative, Plaintiff shall file a separate statement of facts by January 20. The statement shall comply with the procedure set forth in the September 30 Order. Defendant's cross-motion shall be due February 17, 2015, and Plaintiff's reply shall be due March 3, 2015.

**IT IS SO ORDERED.**

Dated: January 13, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge